# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDA HOWARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No.: 3:15-cv-00778-JAH-RBB<br><br>**ORDER OF DISMISSAL** |

Based on the parties' Joint Motion to Dismiss with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that the parties' Joint Motion is GRANTED. This case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Date: July 15, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge